FILED IN OPEN COURT
ON 1/18/19 SWT
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00131-1FL

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) APPLICATION FOR, AND FACTUAL |
| v. | ) ALLEGATIONS IN SUPPORT OF, |
| | ) STIPULATED JUDICIAL ORDER OF |
| RAMON ESTEBAN PAEZ-JEREZ | ) REMOVAL |

Consistent with the defendant's request for an order of removal to the Dominican Republic, the United States hereby respectfully applies for a judicial order of removal and alleges the following facts in support of its application and its Notice of Intent to Request Judicial Removal, providing documentary notice to the defendant and his attorneys of record, James.Brad Polk and Raymond C. Tarlton, of its application and these allegations of fact:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of the Dominican Republic and a citizen of the Dominican Republic.

3. The defendant entered the United States illegally, without inspection at or near Brownsville, Texas on or about October 4, 1986.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court for the Eastern District of North Carolina for Counts One and Two of the Criminal Information charging false statement in a passport application, in violation of 18 U.S.C. § 1542, and illegal voting by an alien, in violation of 18 U.S.C. § 611(a).

1

5. The maximum term of imprisonment for a violation of 18 U.S.C. § 1542 is 10 years. Given that the defendant pleaded guilty pursuant to a plea agreement to one count of 18 U.S.C. § 1542, the maximum sentence faced by the defendant is 10 years' imprisonment.

6. The defendant is, and at sentencing will be, subject to removal from the United States, pursuant to 8 U.S.C. § 1227(a)(1)(A), as an alien who is present in the United States in violation of this chapter or any other law of the United States, or who was inadmissible at the time of entry or adjustment of status, pursuant to 8 U.S.C. § 1182(a)(6)(C)(i) as an alien who, by fraud or willfully misrepresenting a material fact, seeks to procure (or has procured) a visa, other documentation, or admission into the Unites States and, under 8 U.S.C. § 1227(a)(6)(A), as an alien who has voted in violation of any Federal, State, or local constitutional provision, stature, ordinance, or regulation.

WHEREFORE, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), the United States requests that this Court, at the time of sentencing, order that the defendant be removed from the United States to the Dominican Republic.

Respectfully submitted this 18th day of January 2019.

/s/ Sebastian Kielmanovich
SEBASTIAN KIELMANOVICH
Assistant United States Attorney
United States Attorney's Office
Eastern District of North Carolina
310 New Bern Ave, Suite 800
Raleigh, NC 27601
(919)856-4909/4487(f)
NC Bar # 32775

2

## CERTIFICATE OF SERVICE

I certify that I have on this 18th day of January 2019, served a copy of the foregoing upon the Defendant either to counsel electronically or by hand-delivery as follows:

James Brad Polk
Raymond C. Tarlton
Attorneys at Law

/s/ Sebastian Kielmanovich
SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Criminal Division
United States Attorney's Office
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Phone: 919-856-4530; Fax: 919-856-4487
sebastian.kielmanovich@usdoj.gov
NC Bar No. 32775

3