FILED IN OPEN COURT
ON 1|18|19 SWT
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00131-FL

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | STIPULATED JUDICIAL ORDER |
| ) | OF REMOVAL |
| v. ) | |
| ) | |
| RAMON ESTEBAN PAEZ-JEREZ ) | |

Upon the Application of the United States; upon the Factual Allegations in Support of Judicial Order of Removal; upon the statement and consent of Ramon Esteban Paez-Jerez ("defendant") and upon all prior proceedings and submissions in this matter; and full consideration having been given to the matter set forth herein, the Court finds:

1. The defendant is not a citizen or national of the United States.

2. The defendant is a native of the Dominican Republic and a citizen of the Dominican Republic.

3. The defendant entered the United States illegally, without inspection at or near Brownsville, Texas on or about October 4, 1986.

4. At the time of sentencing in the instant criminal proceeding, the defendant will be convicted in the United States District Court for the Eastern District of North Carolina of Counts One and Two of the Criminal Information charging false statement in a passport application, in violation of 18 U.S.C. § 1542, and illegal voting by an alien, in violation of 18 U.S.C. § 611(a).

1

5. The maximum term of imprisonment for a violation of 18 U.S.C. § 1542 is 10 years. Given that the defendant pleaded guilty pursuant to a plea agreement to one count of 18 U.S.C. § 1542, the maximum sentence faced by the defendant is 10 years' imprisonment.

6. The defendant is, and at sentencing will be, subject to removal from the United States, pursuant to 8 U.S.C. § 1227(a)(1)(A), as an alien who is present in the United States in violation of this chapter or any other law of the United States, or who was inadmissible at the time of entry or adjustment of status, pursuant to 8 U.S.C. § 1182(a)(6)(C)(i) as an alien who, by fraud or willfully misrepresenting a material fact, seeks to procure (or has procured) a visa, other documentation, or admission into the Unites States and, pursuant to 8 U.S.C. § 1227(a)(6)(A), as an alien who has voted in violation of any Federal, State, or local constitutional provision, statute, ordinance, or regulation.

7. The defendant has waived his right to notice and a hearing under Section 238(c) of the INA, 8 U.S.C. § 1228(c).

8. The defendant has waived the opportunity to pursue any and all forms of relief and protection from removal.

WHEREFORE, IT IS HEREBY ORDERED, pursuant to Section 238(c) of the INA, 8 U.S.C. § 1228(c), that the defendant is ordered removed from the United States to the Dominican Republic promptly upon his completion of a term of imprisonment, if any.

IT IS SO ORDERED this 18th day of January 2019.

LOUISE WOOD FLANAGAN
United States District Judge